UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Henry Lee Pinckney,<br><br>        Plaintiff,<br><br>v.<br><br>United States; Attorney General of the United States Department of Justice; Internal Revenue Service; Peter M. McCoy, Jr.,<br><br>        Defendants.<br>_____ | Civil Action No. 9:20-2867-BHH<br><br>**OPINION AND ORDER** |

This matter is before the Court for review of the Report and Recommendation ("Report") of United States Magistrate Judge Molly H. Cherry, which was made in accordance with 28 U.S.C. §636(b) and Local Rule 73.02(B)(2) for the District of South Carolina. On November 5, 2020, the Magistrate Judge issued her Report recommending that this case be dismissed without prejudice and without issuance and service of process as Plaintiff has not asserted a valid federal claim and there is no diversity jurisdiction. (ECF No. 18.)

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1). The Court may also receive further evidence or recommit the matter to the Magistrate Judge with instructions. *Id.* The Court is charged with making a *de novo* determination of those portions of the Report to which specific objections are made.

1

Plaintiff filed no objections and the time for doing so expired on November 23, 2020. (*See* ECF No. 18.) In the absence of objections to the Magistrate Judge's Report, this Court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, because no objections have been filed, the Court has reviewed the Magistrate Judge's findings and recommendations for clear error. Finding none, the Court agrees with the Magistrate Judge that Plaintiff's claims against Defendants are subject to summary dismissal for the reasons stated in the Report. Accordingly, the Report and Recommendation is adopted and incorporated herein by reference and this action is DISMISSED *without prejudice* and without issuance and service of process.

**IT IS SO ORDERED.**

/s/Bruce Howe Hendricks
United States District Judge

December 17, 2020
Greenville, South Carolina

*****

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure.